COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-334-CV

 

DOROTHY
MENEFEE, INDIVIDUALLY                                     APPELLANTS

AND AS NEXT FRIEND OF
EVOLLA TUTT 

AND EVOLLA TUTT

 

                                                   V.

 

LOUIS
E. COSTELLO, M.D.,                                                    APPELLEES

JACQUELINE A. FRAZER,
M.D.,

ADEL ZAKHARY, M.D., MID‑CITIES


NEUROLOGY ASSOCIATES,
P.A., SCOTT 

HALL, M.D., JAMES M.
BARRY, M.D.,

LEWIS JONES, M.D.,

DAN ALLAN WADDELL, D.O.,
ET AL.

 

                                               ----------

            FROM
THE 67TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellants= AMotion
To Dismiss Notice of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by appellants,
for which let execution issue.  See
Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED:  October 15, 2009











[1]See Tex. R. App. P. 47.4.